**Order entered January 24, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01377-CV

### JOSEPH KEMP AND KRR HH RETAIL, LLC, Appellants

### V.

### SUBRINA BRENHAM AND SUBRINA'S TAX SERVICES, Appellees

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-09551**

## ORDER

Before the Court is appellants' January 23, 2019 unopposed second motion for extension of time to file their brief. We **GRANT** the motion and **ORDER** appellants' brief due on or before February 11, 2019. We caution appellants that further requests for extension of time are disfavored.

/s/    ERIN A. NOWELL
        JUSTICE